Christian PATRICK, Plaintiff/Appellant,

v.

A–1 ANTENNA TV AND SERVICE and Joseph McMillian, Defendants/Respondents.

No. 70569.

Missouri Court of Appeals, Eastern District, Division Four.

Sept. 9, 1997.

Anthony Cipriano, St. Louis, for plaintiff/appellant.

Samuel T. Vandover, Godfrey, Vandover and Burns, Inc., St. Louis, for defendants/respondents.

Before RHODES RUSSELL, P.J., and SIMON and KAROHL, JJ.

*ORDER*

PER CURIAM.

Plaintiff Christian Patrick (Patrick) appeals from a judgment entered on a unanimous jury verdict in the Circuit Court of the City of St. Louis in favor of Defendants A–1 Antenna TV and Service (A–1) and Joseph McMillian (McMillian) on Patrick's claim for damages from personal injury in a rear-end collision.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).